UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NUMBER:
3:12-cv-333-H

**ELECTRONICALLY FIELD**

PEGGY HEARNE                                        PLAINTIFF

VS.

BATH & BODY WORKS, LLC

AND

BATH & BODY WORKS DIRECT, INC.                 DEFENDANTS

---

## NOTICE OF REMOVAL

---

Come the Defendants, Bath & Body Works, LLC, and Bath & Body Works Direct, Inc. by counsel, and pursuant to 28 U.S.C. § 1441(a) and § 1446, provide notice of removal of the above-styled civil action.  Grounds for removal are as follows:

### NATURE OF CASE

1.  On or about April 20, 2012, the Plaintiff, Peggy Hearne, filed a civil action against Bath & Body Works, LLC and Bath & Body Works Direct, Inc. in the Jefferson Circuit Court.  The Plaintiff is a Kentucky citizen.

The matter filed in the Jefferson Circuit Court is styled:  <u>Peggy Hearne</u> <u>vs. Bath & Body Works, LLC and Bath & Body Works Direct, Inc.</u> Jefferson Circuit Court-Division VII; Civil Action No. 12-CI-002280.

2.  Copies of all process, pleadings and orders served upon the Defendants in said action are attached.

3.  As set out in the Complaint, Plaintiff seeks recovery against Bath & Body Works, LLC and Bath & Body Works Direct, Inc. for damages allegedly stemming from a fall upon the Defendant's premises on May 31, 2011. Damages claimed include past and future medical expenses, and past and future pain and suffering.

4.  Although the Complaint does not include an *ad damnum* clause, counsel for Peggy Hearne has advised the undersigned counsel that she is not willing to stipulate that her damages do not exceed $75,000.00.

5.  Therefore it is the Defendant's belief that the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

## JURISDICTION

6.  The sole member of Defendant, Bath & Body Works, LLC is Limited Brands Inc., which is a Delaware Corporation with its principal place of business in Ohio.  At no time has it been incorporated in the Commonwealth of Kentucky, or had its principal place of business existing in that state.

7.  At all relevant times the Defendant, Bath & Body Works Direct, Inc. was a Delaware corporation. At no time has it been incorporated in the Commonwealth of Kentucky, or had its principal place of business existing in that state.

8.  This action is properly removable pursuant to 28 U.S.C. § 1441 and §1446(b).  Pursuant to 28 U.S.C. § 1332, the United States District Court would have original jurisdiction over the aforesaid civil action, in that there is complete diversity of citizenship between the Plaintiff and the Defendants and the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

## VENUE

9.  The alleged loss which is the subject of the aforesaid civil action allegedly occurred in Jefferson County, Kentucky.  Accordingly, the United States District Court for the Western District of Kentucky, Louisville Division, is the proper venue for removal.

## TIMELINESS

10.  Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal has been filed within thirty days after service of the Complaint upon the Defendants.

11.  The Defendants have provided written notice of removal of this action by serving same upon Plaintiff, through her counsel of record.

12.  The Defendants also have filed a written notice of removal with the Clerk of the Jefferson Circuit Court.

WHEREFORE, the Defendants, Bath & Body Works, LLC and Bath & Body Works Direct, Inc. pray that the aforesaid civil action be removed to the United States District Court, Western District of Kentucky, Louisville Division.

KELLEY, BROWN & BREEDING
P. O. Box 490
London, Kentucky 40743-0490
Telephone: 606-878-7640
Fax: 606-878-2364
Email: mlbrown@kbblaw.net

By: /s/ Martha L. Brown

**CERTIFICATE OF SERVICE:**

I hereby certify that the original foregoing document has been submitted electronically on this 15th day of June, 2012.

s/Martha L. Brown
*Counsel for Defendants.*