| AOC-105 Doc. Code: CI | | Case No. | 12-CI-02280 |
| --- | --- | --- | --- |
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice www.courts.ky.gov CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Court | ✓ Circuit ☐ District |
| | | County | Jefferson |

**PLAINTIFF**

PEGGY　　　　　　　　　　　　　　　　HEARNE

VS.

**DEFENDANT**

BATH & BODY WORKS, LLC

7 Limited Parkway

Reynoldsburg　　　　　Ohio　　　　　43068

[MAY 18 2012 stamp]

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main Street, Suite 512

Frankfort　　　　　　　　　　　　　　Kentucky　　　40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by an attorney on **your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____　　　　　_____ Clerk

　　　　　　　　　　　　　　　　　By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.

　　　　　　　　　　　　　Served by: _____

　　　　　　　　　　　　　　　　　　　_____ Title

| AOC-105  Doc. Code: CI | | Case No. | 12-CI-02280 |
|---|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.courts.ky.gov CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Court | ✓ Circuit  ☐ District |
| | | County | Jefferson |

**PLAINTIFF**

PEGGY                                               HEARNE

VS.

**DEFENDANT**

BATH & BODY WORKS, LLC

7 Limited Parkway

Reynoldsburg                    Ohio                    43068

**Service of Process Agent for Defendant:**
CT Corporation System

306 W. Main Street, Suite 512

Frankfort                                           Kentucky            40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____        MAY 18 2012

DAVID L. NICHOLSON
CIRCUIT COURT CLERK

By: _____ Clerk
                              D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____

Title: _____

FILE COPY

NO. 12CI 02280

JEFFERSON CIRCUIT COURT
DIVISION _____ ( )
JUDGE _____
JEFFERSON CIRCUIT COURT
DIVISION SEVEN (7)

PEGGY HEARNE
2617 Adrienne Way
Louisville, Kentucky 40216

PLAINTIFF

v.   **VERIFIED COMPLAINT**

BATH & BODY WORKS, LLC
7 Limited Parkway
Reynoldsburg, OH 43068

**SERVE:** CT CORPORATION SYSTEM
306 W. Main Street, Suite 512
Frankfort, Kentucky 40601

BATH & BODY WORKS DIRECT, INC.
5 Limited Parkway
Reynoldsburg, OH 43068

**SERVE:** CT CORPORATION SYSTEM
306 W. Main Street, Suite 512
Frankfort, Kentucky 40601

FILED IN CLERKS OFFICE
DAVID L. NICHOLSON, CLERK

APR 20 2012

BY _____ DEPUTY CLERK

DEFENDANTS

---

Comes the Plaintiff, Peggy Hearne, by and through counsel, and for her cause of action against the Defendants, Bath & Body Works, LLC and Bath & Body Works Direct, Inc. (collectively referred as "Bath & Body"), states as follows:

1. At all times relevant hereto, the Plaintiff, Peggy Hearne, was a resident of Louisville, Jefferson County, Kentucky.

2. At all times relevant hereto, the Defendant Bath & Body Works, LLC, is, and was a corporation, registered to do business, and actually doing business in Louisville, Jefferson County, Kentucky, domiciled in the state of Ohio, and is subject to

the personal jurisdiction of this Court pursuant to the Kentucky Long Arm Statute, KRS § 454.210 and 452.450.

3. At all times relevant hereto, the Defendant Bath & Body Works Direct, Inc., is, and was a corporation, registered to do business, and actually doing business in Louisville, Jefferson County, Kentucky, domiciled in the state of Ohio, and is subject to the personal jurisdiction of this Court pursuant to the Kentucky Long Arm Statute, KRS § 454.210 and 452.450.

4. All damages complained herein occurred in Louisville, Jefferson County, Kentucky.

5. All damages complained herein exceed the jurisdictional requirements of this Court.

6. This Court has jurisdiction over the parties and the subject matter and venue is proper in this Court.

7. On or about May 31, 2011, Peggy Hearne was a patron at Defendants' store located at 10385 Dixie Highway, Louisville, Kentucky, when she slipped and fell as a result of a protrusion on the floor in the entryway of the store.

8. At all times material hereto, Defendants Bath & Body owned, operated, and/or managed the store referenced in Paragraph 7.

9. Defendants Bath & Body owed a duty to Plaintiff to maintain their premises in a safe condition and keep it free of dangerous and hazardous conditions.

10. Defendants Bath & Body, by and through their agents, servants, and employees, permitted a dangerous and defective condition to exist on said property, failed to maintain the property in a reasonably safe condition, failed to protect Plaintiff

failed to warn Plaintiff of the dangerous and defective condition on said premises, created a dangerous and hazardous condition, and failed to fix a known dangerous and hazardous condition, all which were substantial factors in causing Plaintiff's injuries on or about May 31, 2011.

11. Defendants Bath & Body knew or in the exercise of reasonable care should have known of said dangerous and defective condition.

12. Plaintiff's injuries were proximately caused by the negligence of Defendants and/or their agents, servants and/or employees.

13. As a direct and proximate result of the acts and/or omissions of Defendants Bath & Body, Plaintiff has suffered severe pain and permanent damages. Plaintiff continues to suffer great physical and emotional pain, and has incurred medical expenses and will continue to incur medical expenses, all damages which exceed the jurisdictional minimum of this court.

WHEREFORE, the Plaintiff, Peggy Hearne, demands judgment against all Defendants, as follows:

1. Judgment against all Defendants for damages, including but not limited to all compensatory damages, medical costs both past and future, pain and suffering both past and future, and all other amounts which fairly and reasonable compensate them for the damages incurred as a result of Defendants' negligence in an amount to be determined at trial;

2. All interest available under the law, pre and post judgment, on the above sums from the date of Plaintiffs' loss until paid;

3. All costs incurred herein, including a reasonable attorney's fee·

3

## VERIFICATION

PEGGY HEARNE, being first duly sworn, hereby verifies that the allegation contained herein are true and accurate to the best of her knowledge.

This verification is made the 19th day of April, 2012.

*Peggy A. Hearne*
PEGGY HEARNE

COMMONWEALTH OF KENTUCKY  )
                           )
COUNTY OF JEFFERSON        )

19th Subscribed and sworn to before me, a Notary Public, by PEGGY HEARNE, this ____ day of April, 2012.

*Connie M. Murphy*
NOTARY PUBLIC

My Commission Expires: 8/31/13

5