UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NUMBER: 3:12CV-333-H

**FILED ELECTRONICALLY**

PEGGY HEARNE                                                      PLAINTIFF

VS.

BATH & BODY WORKS, LLC, et al.                    DEFENDANTS

AGREED ORDER OF DISMISSAL

Come the Plaintiff, Peggy Hearne and the Defendants Bath & Body Works LLC and Bath & Body Works Direct, Inc. by their respective counsel and hereby agree that all claims of the Plaintiff against the Defendants are hereby dismissed as settled with prejudice. The parties will bear their own respective costs and fees.

IT IS SO ORDERED THIS _____ DAY OF _____, 2013.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT WESTERN DISTRICT
OF KENTUCKY, AT LOUIVILLE

2

**SEEN AND AGREED TO BY:**

/s/ David Mushlin
_____
COUNSEL FOR PLAINTIFF

/s/ Martha Brown
_____
COUNSEL FOR DEFENDANTS